```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 02744
    SAMUEL CALCOTE
    PRISCILLA A CALCOTE                         CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
           Debtor
  SSN XXX-XX-9174      SSN XXX-XX-4677

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/23/2004 and was confirmed 04/21/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 04/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
MAZDA AMERICAN CREDIT    SECURED           15450.00      4343.19       15450.00
MAZDA AMERICAN CREDIT    UNSECURED           164.92          .00         164.92
WELLS FARGO BANK NA      CURRENT MORTG          .00          .00             .00
INTERNAL REVENUE SERVICE PRIORITY           2912.39          .00        2912.39
ALLIANCE ONE             UNSECURED        NOT FILED          .00             .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED          .00             .00
CAPITAL ONE BANK         UNSECURED           1475.02         .00        1475.02
ROUNDUP FUNDING LLC      UNSECURED           1231.29         .00        1231.29
EVANS                    UNSECURED        NOT FILED          .00             .00
FIRST SELECT             UNSECURED        NOT FILED          .00             .00
CARSON PIRIE SCOTT       UNSECURED            597.99         .00         597.99
NICOR GAS                UNSECURED            894.26         .00         894.26
NORTHLAND GROUP INC      UNSECURED        NOT FILED          .00             .00
EVANS                    UNSECURED        NOT FILED          .00             .00
SHOPPERS CHARGE ACCOUNTS UNSECURED            497.09         .00         497.09
RESURGENT ACQUISITION LL UNSECURED           5939.07         .00        5939.07
RESURGENT ACQUISITION LL UNSECURED           2222.19         .00        2222.19
WFNNB                    UNSECURED        NOT FILED          .00             .00
WELLS FARGO BANK NA      MORTGAGE ARRE        84.67         .00           84.67
FIRST PREMIER BANK       NOTICE ONLY     NOT FILED          .00             .00
WASHINGTON MUTUAL        COST OF COLLE   NOT FILED          .00             .00
INTERNAL REVENUE SERVICE UNSECURED            402.67         .00         402.67
HSBC NC                  NOTICE ONLY     NOT FILED          .00             .00
CHECK RECOVERY SYSTEMS   NOTICE ONLY     NOT FILED          .00             .00
CHICAGO MUN CT 1ST DIST  NOTICE ONLY     NOT FILED          .00             .00
ERNESTO D BORGES JR      DEBTOR ATTY       1,600.00                    1,600.00
TOM VAUGHN               TRUSTEE                                       2,331.56
DEBTOR REFUND            REFUND                                          134.12

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 02744 SAMUEL CALCOTE & PRISCILLA A CALCOTE
```

```
--------------------------------------------------------------------------
TRUSTEE                                     40,280.43

PRIORITY                                                         2,912.39
SECURED                                                         15,534.67
    INTEREST                                                     4,343.19
UNSECURED                                                       13,424.50
ADMINISTRATIVE                                                   1,600.00
TRUSTEE COMPENSATION                                             2,331.56
DEBTOR REFUND                                                      134.12
                                          ---------------   ---------------
TOTALS                                      40,280.43           40,280.43
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 07/29/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE